# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CORD HARRIS** (2011-1230206), | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15 C 1118 |
| **SERGEANT BEACHUM**, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

Plaintiff Cord Harris ("Harris") is granted 30 days within which either (1) to file an In Forma Pauperis Application ("Application") on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or (2) to pay the full $400 filing fee. Failure of Harris to comply within that 30-day period will result in summary dismissal of this case.

## Statement

Harris, a pretrial detainee at Cook County Jail, brings this pro se civil rights pursuant to 42 U.S.C. § 1983. Although Harris has filed multiple other lawsuits[1] and has to be aware that he must either pay the statutory filing fee or file a completed Application with his Complaint, he has failed to do either.

Under the Prison Litigation Reform Act, all inmates who file lawsuits -- even those whose cases are summarily dismissed -- are required to pay the full filing fee. In all prisoner civil lawsuits the court must assess an initial partial filing fee (see 28 U.S.C. § 1915(b)(1)) that

---

[1] Harris v. Cook County, 13 C 0801; Harris v. Ruthenberg, 13 C 4764; Harris v. Cook County Municipality, 14 C 5470; Harris v. Doe, et al., 14 C 10121; Harris v. Edwards, et al., 14 C 10401; and Harris v. Odea, 15 C 0821.

the correctional officials are directed to deduct directly from the prisoner's trust fund account. After that is done in this case, the correctional authorities having custody of Harris will be authorized and ordered to make monthly payments to the Clerk of Court of 20% of the preceding month's deposits credited to his trust fund account until such time as the full filing fee is paid.

If then Harris wishes to proceed in forma pauperis, he must submit a completed Application in duplicate together with a certified copy or copies of his trust fund statements from all institutions where he has been in custody during the six-month period since he gave the County Jail officials his Complaint for mailing[2] -- statements that reflect all activity in the account or accounts during that period. If Harris' Application is granted, he will be charged the $350 filing fee payable in installments,[3] but he also has the alternative right to proceed by paying the full $400 filing fee up front.

                                                                      */s/ Milton I. Shadur*
                                                     Milton I. Shadur
                                                     Senior United States District Court Judge

Date: February 25, 2015

---

[2] That date is the date of "filing" this action under the "mailbox rule" defined in Houston v. Lack, 487 U.S. 266 (1998).

[3] No $50 administrative fee applies in cases proceeding in forma pauperis under Section 1915 (see item 14 of the 28 U.S.C. § 1914 Miscellaneous Fee Schedule effective December 1, 2013).